IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy Gerald,

  Plaintiff,

vs.

Ohio Department of Rehabilitation and Corr.

  Defendants.

Case Number: 1:21cv653

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz filed on October 25, 2021 (Doc. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 8, 2021, hereby ADOPTS said Report and Recommendations.

Accordingly, plaintiff's motion to proceed in forma pauperis is DENIIED. This case is hereby DISMISSED for failure to pay the required filing fee. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that an appeal of this Order would not be taken in good faith.

IT IS SO ORDERED.

               _/s/ Susan J. Dlott_
               Judge Susan J. Dlott
               United States District Court